IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY -3 PM 2: 26

ROBERT ~~R. DI TROLIO~~
CLERK, U.S. DIST. CT.
W.D ~~OF~~ TN, MEMPHIS

| | |
|---|---|
| DIXIE ELECTRICAL MANUFACTURING COMPANY, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | No. 04-2198 D/V |
| FASTEEL CORPORATION d/b/a FOUNDATION TECHNOLOGY, INC., RICHARD RUIZ, LLC, AND RICHARD RUIZ, individually, ) ) ) ) ) | |
| Defendants. ) ) | |

### ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Before the Court is Plaintiff Dixie Electrical Manufacturing Company's ("Plaintiff") motion (dkt. # 20) for summary judgment against Fasteel Corporation d/b/a Foundation Technology, Inc. ("Fasteel"). Fasteel does not oppose Plaintiff's motion and consents to have judgment entered against it. Thus, the Court GRANTS Plaintiff's motion for summary judgment as to Defendant Fasteel.

IT IS SO ORDERED this 3rd day of May, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-9-05

28

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:04-CV-02198 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Robert E. Craddock
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

J. Brook Lathram
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Eric J. Plumley
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Scott B. Ostrow
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Aaron R. Parker
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT