UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RECEIVED
05 JUN -1 PM 3: 11

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT
W.D. OF TN, MEMPHIS

DIXIE ELECTRICAL MANUFACTURING COMPANY,

    Plaintiff,

v.

No. 04-2198 DV

FASTEEL CORPORATION d/b/a FOUNDATION
TECHNOLOGY, INC; RICHARD RUIZ, LLC;
AND RICHARD RUIZ, Individually,

    Defendants.

FINAL JUDGMENT PURSUANT TO RULE 58
OF THE FEDERAL RULES OF CIVIL PROCEDURE

This matter came to be heard upon Motion of plaintiff Dixie Electrical Manufacturing Company ("Dixie") to enter a final judgment pursuant to Rule 58 of the Federal Rules of civil Procedure as to the defendant Foundation Technology, Inc.

WHEREFORE, IT IS ORDERED as follows:

1.    Final judgment is hereby entered against defendant Foundation Technology, Inc. in the amount of $230,479.11.

_____
Judge

Date: June 2, 2005

512673.1



1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:04-CV-02198 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

Robert E. Craddock
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Eric J. Plumley
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Aaron R. Parker
LEITNER WILLIAMS DOOLEY & NAPOLITAN-Memphis
254 Court Ave.
Second Floor
Memphis, TN 38103

Scott B. Ostrow
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

J. Brook Lathram
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT