# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -7  AM 10: 15

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

DIXIE ELECTRICAL MANUFACTURING COMPANY,

    Plaintiff,

v.    No. 04-2198 DV

FASTEEL CORPORATION d/b/a FOUNDATION
TECHNOLOGY, INC; RICHARD RUIZ, LLC;
AND RICHARD RUIZ, Individually,

    Defendants.

---

## ORDER DISMISSING WITHOUT PREJUDICE RICHARD RUIZ, LLC
## AND RICHARD RUIZ, INDIVIDUALLY

---

This matter came to be heard upon Motion of plaintiff Dixie Electrical Manufacturing Company ("Dixie") to dismiss, without prejudice, the defendants Richard Ruiz, LLC and Richard Ruiz, individually.

WHEREFORE, IT IS ORDERED that the defendants Richard Ruiz, LLC and Richard Ruiz, individually are hereby dismissed without prejudice as to re-filing.

_____
Judge

Date: June 6, 2005

512669.1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _6/3/05_

(34)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:04-CV-02198 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Eric J. Plumley
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Aaron R. Parker
LEITNER WILLIAMS DOOLEY & NAPOLITAN-Memphis
254 Court Ave.
Second Floor
Memphis, TN 38103

Scott B. Ostrow
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

J. Brook Lathram
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Robert E. Craddock
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable Bernice Donald
US DISTRICT COURT